BEFORE THE FIRST DIVISION, SEPTEMBER 28, 1965

No. 69564.—P. L. Thomas & Co., Inc. *v.* United States, protests 64/22484 and 65/2335 (New York).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise consists of coffee stirrers similar in all material respects to those the subject of Abstract 67164, the claim of the plaintiff was sustained.